# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | Case No. 2:10-CV-01198-KJD-LRL |
| v. | **ORDER** |
| JOHN NELSON, *et al.*, | |
|     Defendants. | |

    Presently before the Court is Defendant John Nelson's Motion to Extend Time to File Reply (#15). Though the time for doing so has passed, no response in opposition has been filed. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants Defendant's motion. Defendant John Nelson only may file his reply to Plaintiff's opposition to the motion to dismiss no later than November 8, 2010.

**IT IS SO ORDERED.**

    DATED this 28th day of October 2010.

_____
Kent J. Dawson
United States District Judge