# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT KAHRE, *et al.*,

    Defendants.

Case No. 2:10-CV-1198-KJD-LRL

**ORDER**

    Presently before the Court Plaintiff's Motion for Default Judgment against Defendant Robert Kahre (#21). Though the time for doing so has passed no response in opposition has been filed. Robert Kahre was served notice of the summons and complaint on September 30, 2010. His answer was due no later than October 21, 2010. However, Kahre failed to answer or to otherwise respond to the complaint. The Clerk of the Court entered default against Kahre on November 1, 2010. Two other defendants have been served and have answered the complaint and filed counterclaims. Plaintiff United States has moved to dismiss the counterclaims and has also moved for summary judgment against the remaining defendants.

    Accordingly, the Court **GRANTS** Plaintiff's Motion for Default Judgment against Robert Kahre (#21) as to liability only. The Court will enter a judgment on the damages or set a hearing on

1 damages after it resolves the motion for summary judgment against the remaining defendants that is
2 currently briefing.
3 **IT IS SO ORDERED**.
4      DATED this  29th  day of September 2011.

                                    Kent J. Dawson
                                    United States District Judge