DANIEL G. BOGDEN
United States Attorney
ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
NADIA JANJUA AHMED
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada   89101
Ph: (702) 388-6336
Fax: (702) 388-6787
Email: roger.wenthe@usdoj.gov
         nadia.ahmed@usdoj.gov

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No.   2:10-cv-1198-KJD-LRL |
| ROBERT KAHRE, JOHN NELSON, and RICHARD WELLMAN; | ) |
| Defendants. | ) |

## **JUDGMENT**

The Court, having entered an order granting summary judgment to Plaintiff and against Defendants pursuant to Fed. R. Civ. P. 56(a), hereby enters its Judgment in this matter as follows:

1. Defendants are ordered to vacate the premises known as the White Park Mill Sites, namely mill sites 1 through 7 situated in the NW 1/4, NE 1/4, SW 1/4 8, SE 1/4 of Section 21 Township 13 South Range 71 East, M.D.M. Clark County, Nevada (the Premises), within 30 days after entry of this Judgment.

2. Defendants are further ordered to remove from the Premises all improvements and personal property, including but not limited to structures, equipment, vehicles, and chemicals, and to restore the Premises to their natural state, within

30 days after entry of this Judgment.

3. Plaintiff, the United States, is permitted to take possession of all personal property, including but not limited to structures, equipment, vehicles, and chemicals, not removed by the Defendants within 30 days after the entry of this Judgment, and such property shall be deemed to be abandoned by Defendants and the Plaintiff shall be authorized to sell or dispose of all such property in its sole discretion.

4. Defendants are hereby enjoined from occupying and using the Premises under color of the United States mining laws, unless hereafter specifically authorized in writing by the United States.

5. All rights, claims and interests of Defendants in any mining or milling claims regarding the Premises are hereby declared null and void, and the United States is the sole owner and administrator of the Premises.

6. Any costs incurred by the United States in removing any personal property from the Premises, and in restoring the Premises to their natural state, if Defendants fail to comply with their obligations under any of the preceding Paragraphs of this Judgment, may be recovered by the United States from Defendants by filing a motion in this action.

Date: July 11, 2012

_____
UNITED STATES DISTRICT JUDGE